**Order entered September 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01211-CV

### CHAMPION CONTRACTORS & SERVICES, LLC, Appellant

### V.

### SAMUEL SUSTER, DANIEL SUSTER, AND CIMA CONTRACTORS, LLC., Appellees

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-01576-2011**

## ORDER

The Court has before it the request of Jean Mclendon, deputy county clerk for Collin County, for an extension of time to file the clerk's record because appellant has not yet paid the fee for the record. The Court **GRANTS** the request and **ORDERS** appellant to pay or make arrangements to pay for the clerk's record within fifteen days of the date of this order. We **ORDER** the County Clerk to file the record within ten days after appellant has paid for the record. If appellant does not comply with this order, this appeal may be dismissed without further notice.

/s/ ELIZABETH LANG-MIERS
JUSTICE